UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| LESLIE GRAHAM, | ) | |
| Petitioner, | ) | 2: 09-cv-01069-RCJ-LRL |
| vs. | ) | |
| ATTORNEY GENERAL OF THE STATE OF NEVADA, | ) | **ORDER** |
| Respondent. | ) | |

This is a *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On October 27, 2009, respondent filed a motion to dismiss. (Docket #9.) In her motion, respondent argues that petitioner has failed to name as respondent any state officer who has custody over him. *See* 28 U.S.C. § 2254. In response, petitioner filed a motion to amend his petition to add Warden Dwight Neven as a respondent. (Docket #13.)

**IT IS THEREFORE ORDERED** that petitioner's motion to amend his petition to add Warden Dwight Neven as a respondent in this action is **GRANTED**. (Docket #13.) The clerk shall adjust the docket in this case accordingly.

**IT IS FURTHER ORDERED** that respondent's motion to dismiss is **DENIED as moot.** (Docket #9.)

**IT IS FURTHER ORDERED** that respondents shall file an answer in this case within thirty (30) days. Petitioner is granted thirty (30) days thereafter to file a reply.

DATED this 3 day of August, 2010.

_____
UNITED STATES DISTRICT JUDGE