FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

DEC 2 8 2010

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LESLIE GRAHAM, | |
| Petitioner, | 2: 09-cv-01069-RCJ-LRL |
| vs. | |
| ATTORNEY GENERAL OF THE STATE OF NEVADA, | ORDER |
| Respondent. | |

This is a *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On November 29, 2010, petitioner filed a motion for default judgment against respondents, arguing that they have failed to respond to the amended petition. (Docket #23.) Petitioner is mistaken. Respondents filed an answer on August 23, 2010. (Docket #22.) The answer is accompanied by a certificate of service on petitioner at his address of record. (*Id.*).

**IT IS THEREFORE ORDERED** that petitioner's motion for default judgment is **DENIED**. (Docket #23.)

DATED this 27th day of December, 2010.

_R. James_
United States District Judge