UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LESLIE GRAHAM,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>ATTORNEY GENERAL OF THE STATE OF NEVADA, et al.,<br><br>　　　　　　Respondents. | Case No. 2:09-cv-01069-MMD-VCF<br><br>ORDER |

　　　This is a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in which petitioner, a state prisoner, is proceeding *pro se.* The petition is currently pending before the Court for resolution on the merits. In order to address the merits, the Court requires additional records from petitioner's criminal trial. Accordingly, the Court orders respondents to file a supplemental exhibit containing the full and complete trial transcript from petitioner's jury trial, the jury verdict, the jury instructions, all proposed jury instructions, and the transcript of any hearings pertaining to the jury instructions within five (5) days of the date of this order.

　　　IT IS SO ORDERED.

　　　DATED THIS 10th day of September 2012.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE