# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LESLIE GRAHAM, | Case No. 2:09-cv-01069-MMD-VCF |
| Petitioner, | |
| v. | ORDER |
| ATTORNEY GENERAL OF THE STATE OF NEVADA, et al., | |
| Respondents. | |

This is a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in which petitioner, a state prisoner, is proceeding *pro se.* The petition is currently pending before the Court for resolution on the merits. In order to address the merits, the Court requires additional records from petitioner's criminal trial. Accordingly, the Court orders respondents to file a supplemental exhibit containing the full and complete trial transcript from petitioner's jury trial, the jury verdict, the jury instructions, all proposed jury instructions, and the transcript of any hearings pertaining to the jury instructions within five (5) days of the date of this order.

IT IS SO ORDERED.

DATED THIS 10th day of September 2012.

_____
UNITED STATES DISTRICT JUDGE